[No. 2057-2.   Division Two.   August 4, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RUDOLPH RESOP, *Appellant*.

Appeal from a judgment of the Superior Court for

Pierce County, No. 45229, Robert A. Jacques, J., entered September 11, 1975. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.